IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:25-cr-00197 |
| v. ) | |
| ) | Chief Judge Campbell |
| KAREN GWANDUA-BLAIR ) | |

### UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

The United States of America hereby respectfully requests that Assistant United States Attorney Robert S. Levine be substituted in place of former Assistant United States Attorney Kathryn W. Booth as the attorney of record for the Government in the above styled case.

Respectfully submitted,

ROBERT E. McGUIRE
First Assistant United States Attorney for
the Middle District of Tennessee

*/s/ Robert S. Levine*
ROBERT S. LEVINE
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Tel. (615) 736-5151

### CERTIFICATE OF SERVICE

I hereby certify that, on November 18, 2025, a true and exact copy of the foregoing document was filed electronically with the Clerk of Court via CM/ECF, which will automatically cause an electronic copy to be served on defense counsel.

*/s/ Robert S. Levine*
ROBERT S. LEVINE
Assistant United States Attorney